IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID NEY, | : |
| Plaintiff, | : Civil Action No. 06-4354 (JKG) |
| v. | : |
| OPEN SOLUTIONS INC., | : |
| Defendant. | : |

**SUPPLEMENTAL JURY INSTRUCTIONS
OF DEFENDANT OPEN SOLUTIONS INC.**

As required by the Court's jury trial attachment order, dated January 9, 2007, defendant, Open Solutions Inc., through its undersigned counsel, hereby submits the following supplemental jury instructions.

Respectfully submitted,

*/s/ DHC*

Scott L. Vernick, Esquire
David H. Colvin, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103

Attorneys for Defendant
Open Solutions Inc.

Dated: October 8, 2007

## SUPPLEMENTAL INSTRUCTION No. 1

Under the law in this case, you must return a verdict in favor of the Defendant.

## SUPPLEMENTAL INSTRUCTION No. 2

Based on the evidence in this case, you must return a verdict in favor of the Defendant.

## SUPPLEMENTAL INSTRUCTION No. 3

Under the law and evidence in this case, you must return a verdict in favor of the Defendant.

## SUPPLEMENTAL INSTRUCTION No. 4

## CONTRACT INTERPRETATION

The evidence that you should consider when interpreting a contract includes:

    (i) all terms and provisions in the contract;

    (ii) the structure of the contract;

    (iii) the testimony of the parties regarding their respective interpretation of the contract;

    (iv) the conduct of the parties that reflects their understanding of the contract's meaning; and

    (v) custom and usage in the industry.

See Commonwealth Dep't of Transp. v. Manor Mines, Inc., 565 A.2d 428, 432 (Pa. 1989); Teamsters Indus. Emp. Welfare Fund v. Rolls-Royce Motor Cars, Inc., 989 F.2d 132, 135 (3d Cir. 1993); Sunbeam Corp. v. Liberty Mut. Ins. Co., 781 A.2d 1189, 1193 (Pa. 2001); Optopics Laboratories Corp. v. Nicholas, Civ. A. No. 96-8169, 1997 WL 602750 (E.D. Pa. 1997).

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID NEY, | : |
| Plaintiff, | : Civil Action No. 06-4354 (JKG) |
| v. | : |
| OPEN SOLUTIONS INC., | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing supplemental jury instructions of defendant Open Solutions Inc. was served this day via overnight delivery as follows:

> Mark S. Sigmon, Esquire
> Sigmon & Sigmon, P.C.
> 146 E. Broad Street
> P.O. Box 1365
> Bethlehem, PA 18016
>
> Attorneys for Plaintiff
> David Ney

_____
David H. Colvin, Esquire

Dated: October 8, 2007